No. D–652. IN RE DISBARMENT OF CONWAY. It is ordered that Donald R. Conway, of Hackensack, N. J., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.